# PATRICK J. JOYCE, ESQ.

Attorney at Law
70 Lafayette Street – 2nd Floor
New York, New York 10013
(212) 285-2299
Fax (212) 513-1989

New Jersey Office:
4 W. South Orange Avenue
South Orange, NJ 07079
(973) 324-2711

April 14, 2014

Judge Michael Hammer
United States Magistrate Judge
United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: United States v. Melvin Feliz, Fausto Molina and Robert Crawford**
<u>**Case # 14-8047-1**</u>

Dear Judge Hammer;

I am the attorney for the defendant, Melvin Feliz, the defendant in the above captioned complaint. On March 12, 2014 Mr. Feliz was presented to the court for purposes of a Bail Hearing. Your Honor released Mr. Feliz and set specific restrictions on his liberty. Mr. Feliz is subject to Home Detention with monitoring by the Probation Department. The other two co-defendants have been detained.

Counsel for all three defendants believe to effectively represent our clients, it is necessary for us to conduct a joint defense meeting. We are writing this letter to request the court's assistance in arranging a co-defendant meeting. Mr. Molina is housed in Hudson County Correctional Facility under ID # 09-280697. Mr. Crawford is being held in Essex County Correctional Facility. His CCIS number is 07-476969.

We believe the most efficient way to effectuate this request would be for the court to order the United States Marshall's Service to produce the two detained defendants at the United States Courthouse on a date which is convenient for all parties. We also believe it would be necessary to for the court to issue an order permitting Mr. Feliz to accompany his lawyer, on that same date, into the cell block area of the courthouse so that he can meet with his co-defendant's and their attorneys.

I have been in contact with Mr. Dan Abel (973-645-2234) at the Marshall's Service. Mr. Abel will be the contact person at the Courthouse for setting up this meeting. If the court wishes

counsel will submit a draft order for your consideration.

Respectfully submitted,

Patrick J. Joyce
Attorney for Melvin Feliz
4 West South Orange Avenue
South Orange, New Jersey

David Touger
Attorney for Fausto Molina
Peluso & Touger
70 Lafayette Street
New York, New York 10013

Richard Potter
Attorney for Robert Crawford
Galantucci & Patuto
55 State Street
Hackensack, New Jersey 07601